# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EMMANUEL PHILLIPS,** | ) | **NO. EDCV 18-0525-VAP (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **ATTORNEY GENERAL,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's ORDER, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 23, 2018

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE